AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MAX ROMANCHUK,

V.

AMX COOLING & HEATING, LLP

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 07 CIV. 6343

TO: (Name and address of Defendant)

AMX COOLING & HEATING, LLC
101 Castleton Street
Pleasantville, NY 10570.

**JUDGE CONNER**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WESTERMANN, HAMILTON, SHEEHY, AYDELOTT & KEENAN
222 Bloomingdale Road, Suite 305
White Plains, New York 10605

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK                CLERK

(By) DEPUTY CLERK

DATE    JUL 11 2007

INDEX # : 07 CIV. 6343
Date Filed: July 11, 2007

STATE OF NEW YORK           COUNTY OF
UNITED STATES DISTRICT COURT
DISTRICT: SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S): Westermann Hamilton Sheehy Aydelott & Keenan,  PH: 914-946-7770
ADDRESS: 222 BLOOMINGDALE RD. - STE 308  WHITE PLAINS NY 10605  File No.:

*MAX ROMANCHUK*

Plaintiff(s)/Petitioner(s)

vs

*AMX COOLING & HEATING, LLP*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

__Howard Kwastel__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Wednesday, July 18, 2007** at **11:46 AM**, at __101 CASTLETON STREET, Pleasantville, NY 10570__, deponent served the within __SUMMONS IN A CIVIL CASE & COMPLAINT__

on: __AMX COOLING & HEATING, LLP__, __Defendant__ therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. [X]  By delivering thereat a true copy of each to __JEAN D'GAGLIENO__ personally, deponent knew said Domestic Corporation so served to be the Domestic Corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the Domestic Corporation, and said person stated that he/she was authorized to accept service on behalf of the Domestic Corporation.

#3 SUITABLE AGE PERSON/ PARTNERSHIP  By delivering a true copy of each to _____, _____, a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on ___ at ___
on ___ at ___
on ___ at ___
on ___ at ___
Address confirmed by _____, _____

#5 MAIL COPY  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESC. [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female   Color of skin: White   Color of hair: Blonde   Age: 51-65 Yrs   Height: 5' 4" - 5' 8"
Weight: 131 - 160 Lbs   Other Features: _____

#7 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MIL. SRVC  Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

#9 OTHER

Sworn to before me on  July 19, 2007

JANE BUTERA
NOTARY PUBLIC, State of New York
No. 01BU6135842, Qualified in Nassau County
Term Expires October 24, 2009

Howard Kwastel
Server's Lic # 0940927
Invoice•Work Order # 0138902