Howard B. Cohen, Esq. (HC 5623)
The DeIorio Law Firm, LLP
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 696 – 5555
*Attorneys for Defendant*
*AMX Cooling & Heating, LLP*



ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————X
MAX ROMANCHUK,         Case No.: 07 CIV. 6343

     Plaintiff,

-against-

AMX COOLING & HEATING, LLP,

     Defendant.
——————————————————X

## STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE

WHEREAS, Max Romanchuk commenced this action on or about July 11, 2007;

WHEREAS, F.R.C.P 12 (a)(1)(a) requires that a Defendant shall file and serve an Answer within twenty (20) days after service of the Summons and Complaint;

WHEREAS, Defendant's attorney only recently received the Summons and Complaint, and requires additional time within which to answer or otherwise move;

NOW THEREFORE, good cause having been shown, the parties, by their respective counsel, hereby stipulate and agree that the time period within which AMX Cooling & Heating, LLP shall file and serve its Answer or otherwise move be extended to August 27, 2007.

MICROFILM AUG 0 3 2007 USDC SDNY WP

STIPULATED TO:

THE DEIORIO LAW FIRM, LLP

By: _____
Howard B. Cohen, Esq. (HC 5623)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 696-5555
*Attorneys for Defendant*
*AMX Cooling & Heating, LLP*

WESTERMANN, HAMILTON, SHEEHY,
AYDELOTT & KEENAN

By: _____
Thomas A. Cullen, Esq. (TAC 6904)
222 Bloomingdale Road, Suite 305
White Plains, New York 10605
*Attorneys for Plaintiff*
*Max Romanchuk*

SO ORDERED: 8/3/07

_____
Hon. William C. Conner
United States District Judge