UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

MAX ROMANCHUK,                                    Case No.: 07 CIV. 6343

                Plaintiff,

-against-                                         **AFFIDAVIT OF SERVICE**

AMX COOLING & HEATING, LLP,

                Defendant.
_____X

STATE OF NEW YORK              )
                                )ss.:
COUNTY OF WESTCHESTER          )

    ANNMARIE POPOVIC, being duly sworn, deposes and says:

    That deponent is not a party to the action, am over the age of eighteen (18) years of age and reside in Yonkers, New York. That on the 27th day of August, 2007, I served the within DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR DOCUMENTS and NOTICE OF DEPOSITION, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State, addressed to each of the following persons at the last known address set forth after each name:

TO:
    WESTERMANN, HAMILTON, SHEEHY,
    AYDELOTT & KEENAN
    Thomas A. Cullen, Esq.
    *Attorneys for Plaintiff*
    222 Bloomingdale Road, Suite 305
    White Plains, New York 10605

                                                       _____
                                                       ANNMARIE POPOVIC

Sworn to before me this
28th day of August, 2007.

_____
Notary Public

        Natalie M. Spedaliere
    Notary Public, State of New York
          No. 01SP6104334
     Qualified in Westchester County
      Term Expires January 20, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                              Case No.   07civ.6343

_____X
MAX ROMANCHUK,

                                        Plaintiff,
    -against-

AMX COOLING & HEATING, LLP,

                                        Defendant.
_____X

## AFFIDAVIT OF SERVICE

**THE DeIORIO LAW FIRM, LLP**
*Attorneys for Defendant*

800 Westchester Ave., Suite S-608
Rye Brook, New York 10573
(914) 696-5555
(914) 696-0450 FAX

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*
*Dated:* ................................        *Signature* ...........................................................................
                                                 Print Signer's Name ...............................................................