**MEMO ENDORSED**

# WESTERMANN HAMILTON SHEEHY AYDELOTT & KEENAN, LLP

222 BLOOMINGDALE ROAD
SUITE 305
WHITE PLAINS, NEW YORK 10605

TELEPHONE (914) 946-7770
TELECOPIER (914) 946-4587

DAVID WESTERMANN, JR.
JOHN F. HAMILTON
CHRISTOPHER J. SHEEHY
CHRISTOPHER P. KEENAN*
PETER S. SAMAAN
MICHAEL F. KUZOW***
ROBERT J. FRYMAN**
MARY PAT BURKE**

STEPHEN J. GILLESPIE**
THOMAS A. CULLEN
MARIA IUANOW
JAMES M. BOYCE
CAROLYN K. FIORELLO**
PAUL J. WINTERSTEIN
FABIANA TALARICO
SARAH ALI**

OF COUNSEL
JUDITH A. AYDELOTT
GORDON B. AYDELOTT
LEONARD M. RIDINI, JR.
VINCENT J. TORNA

* ALSO ADMITTED IN CT
** ALSO ADMITTED IN NJ
*** ALSO ADMITTED IN OK AND TX
**** ALSO ADMITTED IN NJ AND CA

GARDEN CITY OFFICE
GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 502
GARDEN CITY, NY 11530

TELEPHONE (516) 794-7500
TELECOPIER (516) 794-1277

NEW JERSEY OFFICE
THE COMMONS - SUITE 6
82 EAST ALLENDALE ROAD
SADDLE RIVER, NJ 07458

TELEPHONE (201) 995-0890
TELECOPIER (201) 934-8681

CONNECTICUT OFFICE
745 POST ROAD
DARIEN, CT 06820

TELEPHONE (203) 661-8977

ORIGINAL

September 2, 2008

Via facsimile & regular mail

Honorable William C. Conner
United States District Courts
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *Romanchuk v. AMX Cooling & Heating, LLP*
          07 Civ. 6342 (WCC)   ECF CASE

Dear Honorable Judge Conner:

    I am writing to you pursuant to a directive from your law clerk, Ms. Rosa Castello. At the previous conference held on July 11, 2008, numerous discovery issues were discussed and a decision was made to refer the case to mediation. Prior to consenting to mediation, I expressed my desire to receive responses to all outstanding discovery prior to the mediation.

    To date, the discovery issues raised by both sides remain outstanding and therefore Plaintiff is officially withdrawing his consent to mediation. Ms. Castello has scheduled us to appear for a further discovery conference before your Honor on September 17, 2008 at 9:45 a.m. to address all outstanding matters.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**MEMO ENDORSED**

COPIES MAILED TO COUNSEL OF RECORD

## WESTERMANN HAMILTON SHEEHY AYDELOTT & KEENAN, LLP

    Should you have any questions or comments about the foregoing, please do not hesitate to contact the undersigned.

Very truly yours,

Thomas A. Cullen

TAC
cc:   Howard B. Cohen, Esq.
       The DeIorio Law Firm, LLP

       James H. Fogel, Esq.

       Maria Scalfini, Case Administrator
       U.S.D.C. - Southern District

> Plaintiff's request is GRANTED and his consent to mediation is hereby withdrawn.
> SO ORDERED.
> Dated: White Plains, NY
>        Sept. 5, 2008
>
> *William C. Conner*
> WILLIAM C. CONNER, Senior U.S.D.J.

# WESTERMANN HAMILTON SHEEHY AYDELOTT & KEENAN, LLP

222 BLOOMINGDALE ROAD
SUITE 305
WHITE PLAINS, NEW YORK 10605

TELEPHONE (914) 946-7770
TELECOPIER (914) 946-4587

DAVID WESTERMANN, JR.
JOHN F. HAMILTON
CHRISTOPHER J. SHEEHY
CHRISTOPHER P. KEENAN*
PETER S. SAMAAN
MICHAEL F. KUZOW***
ROBERT J. FRYMAN**
MARY PAT BURKE**

STEPHEN J. GILLESPIE**
THOMAS A. CULLEN
MARIA IUANOW
JAMES M. BOYER
CAROLYN K. FIORELLO**
MATTHEW F. DIDORA**
PAUL J. WINTERSTEIN
FABIANA TALARICO

OF COUNSEL
JUDITH A. AYDELOTT
GORDON B. AYDELOTT
LEONARD M. RIDINI, JR.
VINCENT J. TORNA

* ALSO ADMITTED IN CT
** ALSO ADMITTED IN NJ
*** ALSO ADMITTED IN OK AND TX
**** ALSO ADMITTED IN NJ AND CA

GARDEN CITY OFFICE
GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 502
GARDEN CITY, NY 11530

TELEPHONE (516) 794-7500
TELECOPIER (516) 794-1277

NEW JERSEY OFFICE
THE COMMONS - SUITE 6
82 EAST ALLENDALE ROAD
SADDLE RIVER, NJ 07458

TELEPHONE (201) 995-0890
TELECOPIER (201) 934-8681

CONNECTICUT OFFICE
745 POST ROAD
DARIEN, CT 06820

TELEPHONE (203) 661-8977

## FACSIMILE COVER SHEET

**DATE:** 9/2/08

**TO:** Judge Conner

**FAX:** 914-390-4140

**FROM:** Thomas A. Cullen

**REF:** Romanchuk – 07 Civ. 6343 (WCC)

Number of Pages, including cover sheet: 3

Space For Additional Message:

CC: Howard Cohen, Esq
James H. Fogel, Esq
Maria Scafini – Case Administrator

### CONFIDENTIAL COMMUNICATION

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE. IF THE RECIPIENT OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT (OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS COMMUNICATION) YOU ARE NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL THE SENDER IMMEDIATELY AND MAIL THE ORIGINAL COMMUNICATION BACK TO US AT THE ABOVE ADDRESS. WE WILL PROMPTLY REIMBURSE YOUR EXPENSES.

IF THERE IS ANY PROBLEM IN RECEIVING THIS FACSIMILE MESSAGE, PLEASE CONTACT THE SENDER AT (914) 946-7770.